Nossaman LLP
John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorney for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
As Receiver for IndyMac Bank, F.S.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARTGRAVES,<br><br>        Plaintiff,<br><br>    vs.<br><br>INDYMAC BANK and DOES 1-50, Inclusive,<br><br>        Defendant. | Case No:     2:09-CV-01714-JAM-KJM<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(San Joaquin Superior Court Case No: 39-2009-00204565-CU-BC-STK)<br><br>Judge:  Hon. John A. Mendez |

This matter came before this Court on the Stipulation of the Federal Deposit Insurance Corporation ("FDIC"), as receiver of Defendant IndyMac Federal Bank, FSB, and Plaintiff, David Hartgraves ("Plaintiff").  The Court hereby finds good cause to this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Stipulation is approved.

1. Plaintiff shall file a First Amended Complaint in this matter by July 13, 2009.

2. Defendant FDIC shall have until August 13, 2009, to file an answer or other responsive pleading to the First Amended Complaint.

Date:   July 8, 2009                                        /s/ John A. Mendez
                                                                                         U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com