Nossaman LLP
John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorney for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
as Receiver for IndyMac Bank, F.S.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARTGRAVES,<br><br>          Plaintiff,<br><br>vs.<br><br>INDYMAC BANK, F.S.B., FDIC as receiver for IndyMac Bank F.S.B., ONEWEST BANK, and DOES 1-50, Inclusive,<br><br>          Defendants. | Case No: 2:09-cv-01714-JAM-KJM<br><br>**ORDER VACATING STAY ENTERED ON AUGUST 14, 2009 AND DISMISSING CASE WITH PREJUDICE** |

This matter came before this Court on the Stipulation to Lift Stay and to Dismiss IndyMac Bank, F.S.B., and Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. (the "Stipulation") between Defendant, Federal Deposit Insurance Corporation ("FDIC-R"), as Receiver of Defendant IndyMac Bank, F.S.B., and Plaintiff, David Hartgraves ("Plaintiff").  The Court finds that good cause exists for entering this Order;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

    1.    The Stipulation is hereby approved.

    2.    The stay entered by this Court on August 14, 2009 is hereby vacated and set aside.

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff's First Amended Complaint against IndyMac Bank, F.S.B., and the FDIC-R, as receiver for IndyMac Bank, F.S.B., is hereby dismissed with prejudice and with each party paying their own costs and attorneys' fees.

Date:   January 22, 2010            /s/ John A. Mendez
                                    U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com